# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| LINDA CORTEZ, *Plaintiff*, | § § § § | |
| v. | § | CIVIL ACTION NO. 4:17-CV-01493 |
| NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration, *Defendant*. | § § § § § § | |

## ORDER OF ADOPTION

On July 23, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (Dkt. 20), that Plaintiff's motion for summary judgment be denied and the Commissioner's motion for summary judgment be granted. No objections have been filed. Having considered the record and law, the court hereby adopts the memorandum and recommendation as this court's order. It is therefore

ORDERED the Commissioner's decision denying Cortez disability benefits is affirmed.

Signed at Houston, Texas this 13 day of August, 2018.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE